UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAURIE URQUIDI,<br><br>            Plaintiff,<br><br>      v.<br><br>ASSET RECOVERY SOLUTIONS, LLC,<br><br>            Defendant. | Case No.  5:16-cv-05956-EJD<br><br>**ORDER TO SHOW CAUSE RE: SETTLEMENT** |

Plaintiff, having filed a Notice of Settlement on **January 18, 2017** (Dkt. No. 15), is ordered to appear before the Honorable Edward J. Davila on **March 30, 2017 at 10:00 AM** in Courtroom No. 4, 5th Floor, United States District Court, 280 South First Street, San Jose, California, 95113, to show cause why the case should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b).  On or before **March 23, 2017**, Plaintiff shall file a statement in response to the Order to Show Cause setting forth the status of settlement efforts as well as the amount of additional time necessary to finalize and file a dismissal.

The Order to Show Cause shall be automatically vacated and Plaintiff relieved of the obligation to file a joint statement if a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a) is filed on or before **March 23, 2017.**

All other pretrial deadlines and hearing dates are VACATED and any pending motions are TERMINATED.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss the action.

   **IT IS SO ORDERED.**

Dated: January 19, 2017

_____
EDWARD J. DAVILA
United States District Judge

Case No.: 5:16-cv-05956-EJD
ORDER TO SHOW CAUSE RE SETTLEMENT